Sulaiman Law Group, Ltd.
Marwan R. Daher, *Admitted Pro Hac Vice*
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facismile: (630) 575-8188
Email: mdaher@sulaimanlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE E. REENDERS,<br><br>       Plaintiff,<br><br>       v.<br><br>PREMIER RECOVERY GROUP,<br><br>       Defendant. | No. 4:18-cv-07761-PJH<br><br>**MOTION FOR ENTRY OF DEFAULT** |

**To the Clerk of the U.S. District Court for the Northern District of California**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff AIMEE E. REENDERS, requests that the Clerk enter the default of Defendant PREMIER RECOVERY GROUP for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Marwan R. Daher, Esq. attached hereto.

Dated February 19, 2019                   Respectfully submitted,

                                                  s/ Marwan R. Daher
                                                  Marwan R. Daher, *Admitted Pro Hac Vice*
                                                  *Counsel for Plaintiff*
                                                  Sulaiman Law Group, Ltd.
                                                  2500 South Highland Avenue, Suite 200
                                                  Lombard, Illinois 60148
                                                  (630) 568-3056 (phone)
                                                  (630) 575-8188 (fax)
                                                  mdaher@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on February 19, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served on all parties of record via CM/ECF, electronic mail and by U.S. Certified mail to the following addresses:

Premier Recovery Group, Inc.
255 Great Arrow, Suite 212A
Buffalo, NY 14207

Premier Recovery Group
c/o Registered Agent
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14502
davidpeltan@peltanlaw.com

Respectfully submitted,

s/ Marwan R. Daher
Marwan R. Daher, Esq. *Admitted Pro Hac Vice*

2