UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

February 20, 2019

RE:   Reenders v. Premier Recovery Group
      18-cv-07761-PJH

Default is declined as to defendant, Premier Recovery Group, on February 20, 2019.

Susan Y. Soong, Clerk

by:  Cynthia Lenahan
Case Systems Administrator
510-637-3538