UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE E. REENDERS,<br><br>    Plaintiff,<br><br>        v.<br><br>PREMIER RECOVERY GROUP,<br><br>    Defendant. | Case No.18-cv-07761-PJH   (JSC)<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 19 |

Plaintiff's motion for default judgment has been referred to the undersigned for a report and recommendation. (Dkt. Nos. 19 & 22.) Although Plaintiff's motion for default judgment was accompanied by a request for attorneys' fees and costs, Plaintiff has not provided information sufficient to demonstrate that the request for attorneys' fees is reasonable.

Reasonable attorneys' fees are based on a "lodestar" calculation. *Fischer v. SJB-P.D., Inc.*, 214 F.3d 1115, 1119 (9th Cir. 2000) (citing *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983)). "The 'lodestar' is calculated by multiplying the number of hours ... reasonably expended on the litigation by a reasonable hourly rate." *Morales v. City of San Rafael*, 96 F.3d 359, 363 (9th Cir. 1996). The reasonable hourly rate is guided by "the rate prevailing in the community for similar work performed by attorneys of comparable skill, experience, and reputation." *Chalmers v. City of Los Angeles*, 796 F.2d 1205, 1210-11 (9th Cir. 1986), amended on other grounds by 808 F.2d 1373 (9th Cir. 1987) (internal citation omitted). Here, Plaintiff has provided a chart reflecting the hours worked by Marwan Daher and Laura Dixon. (Dkt. No. 19-1.) However, the chart is not accompanied by a declaration from counsel attesting to: (1) the reasonableness of the hours worked; (2) the reasonableness of the hourly rate sought; or (3) who Ms. Dixon is.

Accordingly, Plaintiff is ORDERED to supplement her motion for default judgment with a

declaration from counsel supporting the request for attorneys' fees.  **Plaintiff shall do so by May 2, 2019.**

The April 25, 2019 hearing on the motion for default judgment is VACATED.  The Court will take the matter under submission upon receipt of Plaintiff's supplemental filing.

**IT IS SO ORDERED.**

Dated: April 19, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2