UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE E. REENDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMIER RECOVERY GROUP,<br><br>    Defendant. | Case No. 18-cv-07761-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 19, 26 |

The court has reviewed Magistrate Judge Corley's Report and Recommendation Re: Motion for Default Judgment. No party objected to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion for default judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: June 24, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge