UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIMEE E. REENDERS,

    Plaintiff,

    v.

PREMIER RECOVERY GROUP,

    Defendant.

Case No. 18-cv-07761-PJH

**JUDGMENT**

On June 24, 2019, this court granted plaintiff's motion for default judgment. Consequently,

    it is Ordered, Adjudged and Decreed

    that judgment be entered in favor of plaintiff Aimee E. Reenders in the amount of $2,957.50 and against defendant Premier Recovery Group.

**IT IS SO ORDERED.**

Dated: June 24, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge